RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 8 / 29 / 11
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| BILLY RAY ROBINSON,<br>        Petitioner | CIVIL ACTION 1:11-CV-00096<br>SECTION "P" |
| VERSUS | JUDGE DEE D. DRELL |
| STEVE RADER, et al.,<br>        Respondents | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Billy Robinson's Section 2254 habeas petition be DENIED AND DISMISSED WITH PREJUDICE.

In this regard, we note particularly that attached to Billy Robinson's objections it the document titled "Reasons for Judgment and Judgment" entered by Judge ad hoc Jim W. Wiley on May 5, 2009. Any doubt as to the alleged ineffective assistance of counsel allegations arising from the failure of defense counsel to further cross-examine Eddie Robinson was resolved by

Judge Wiley's determination.   Importantly, it was rendered <u>after</u> an evidentiary hearing wherein defense counsel explained his <u>strategic</u> reasons for not questioning Eddie Robinson further. Judge Wiley was entirely correct in his ruling.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this _28th_ day of _August_ , 2011.

                    DEE D. DRELL
          UNITED STATES DISTRICT JUDGE